**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PETER MICHAEL S.,**<br>**Plaintiff,**<br><br>**vs.**<br><br>**FRANK BISIGNANO,**<br>**Commissioner of Social Security,**<br>**Defendant.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CIVIL ACTION**<br><br><br>**NO. 24-cv-3150** |

**O R D E R**

**AND NOW**, this __30TH__ day of July, 2026, upon consideration of Plaintiff's Request for Review (ECF No. 12), and Defendant's response thereto (ECF No. 13), and for the reasons provided in the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Request for Review is **DENIED**; and
2. Judgment is entered in favor of Defendant.

BY THE COURT:

/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge